UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE PALMER,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.,<br><br>    Defendant. | 22-cv-02180-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case with prejudice, now enters judgment. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 28, 2023

_____
VINCE CHHABRIA
United States District Judge